RAMBUS v WAYNE COUNTY GENERAL HOSPITAL (ON REHEARING)

Docket No. 120118. Submitted November 12, 1991, at Detroit. Decided December 21, 1992, at 9:05 A.M. Leave to appeal sought.

Shirley Rambus, as personal representative of the estate of Reuben Rambus, deceased, brought an action in the Wayne Circuit Court against Wayne County General Hospital and Dr. Howard Liss, alleging medical malpractice as a result of Dr. Liss' treatment of Mr. Rambus while he was a patient at the hospital. Dr. Liss was an employee of a private entity under contract with the hospital to provide certain medical and related services. The court, Thomas J. Foley, J., granted Dr. Liss' motion for summary disposition, finding that he was an agent of the hospital and, because the hospital was a governmental institution, was entitled to immunity from tort liability. The plaintiff appealed. The Court of Appeals, WEAVER, P.J., and MICHAEL J. KELLY and MARILYN KELLY, JJ., reversed and remanded, finding that Dr. Liss was not entitled to governmental immunity. 193 Mich App 268 (1992). Dr. Liss' motion for rehearing on the basis of the Supreme Court's reversal of *Douglas v Pontiac General Hosp,* 182 Mich App 446 (1990), rev'd 438 Mich 851 (1991), a case cited by the Court of Appeals in its previous opinion, was granted.

On rehearing, the Court of Appeals *held:*

The authority cited in the Court's previous opinion in this case, especially *Roberts v Pontiac,* 176 Mich App 572 (1989), but excluding *Douglas,* supports the holding set forth in the prior opinion.

The trial court's order granting summary disposition for Dr. Liss is reversed and the case is remanded.

*Thurswell, Chayet & Weiner* (by *Cyril V. Weiner*), for the plaintiff.

*Cheatham & Acker, P.C.* (by *Kevin P. Hanbury*), for Dr. Howard Liss.

ON REHEARING

Before: Weaver, P.J., and Michael J. Kelly and Marilyn Kelly, JJ.

Michael J. Kelly, J. This case was previously submitted to this panel. The issue we addressed was whether Dr. Howard Liss (hereinafter defendant), as an employee of a private corporation doing business with the defendant hospital, was an independent contractor and, therefore, not entitled to governmental immunity. Our opinion, decided March 16, 1992, *Rambus v Wayne Co General Hosp,* 193 Mich App 268; 483 NW2d 455 (1992), reversed the trial court's order of summary disposition in favor of Dr. Liss.

Defendant's timely motion for rehearing on the basis of the Supreme Court's reversal of *Douglas v Pontiac General Hosp,* 182 Mich App 446; 452 NW2d 845 (1990),[1] was granted.

We have reviewed this matter in light of the reversal of *Douglas,* and, on the basis of the authority cited in our previous opinion in this case, especially *Roberts v Pontiac,* 176 Mich App 572; 440 NW2d 55 (1989), but excluding *Douglas,* we reaffirm the holding set forth in our prior opinion in this matter.

Reversed and remanded.

[1] 438 Mich 851 (1991).